UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------------------------X
JOYCE WALSH                              : Civil No.: 3:11-CV-01111 (SRU)
                                         :
                                         :
                Plaintiff,               :
                                         :
                                         :
v.                                       :
                                         :
LAW OFFICES HOWARD LEE SCHIFF,           :
P.C. and JEANINE DUMONT                  :
                Defendants               :
---------------------------------------------------------------X    DECEMBER 20, 2011
```

### LAW OFFICES HOWARD LEE SCHIFF, P.C.'S and JEANINE DUMONT'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

Pursuant to Rule 3.7 of the Rules of Professional Conduct, the Defendants' respectfully request an Order from this Court: (1) disqualifying Plaintiff's counsel; (2) staying all discovery in this action until the instant motion is determined; and (3) for such other and further relief as the Court may deem just and proper. The allegations in the Plaintiff's Complaint stem from nothing more than procedural disputes between Plaintiff's counsel and Jeanine Dumont and Law Offices of Howard Lee Schiff, P.C., making him a necessary witness and subject to disqualification. Furthermore, the Plaintiff's counsel is maintaining this action to the detriment of his client in an effort to collect attorney's fees, despite this Court's order in a similar if not identical action, *Klein v. Solomon & Solomon, P.C.*, which was dismissed by Judge Eginton on October 27, 2011. A memorandum of law in support of this motion is attached hereto.

Dated: December 20, 2011
       New York, New York

1

4862151v.1

Yours, etc.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By: /s/ Jill E. Alward
    Thomas A. Leghorn
    Jill E. Alward
    Attorneys for
    LAW OFFICE OF HOWARD LEE
    SCHIFF, P.C. and JEANINE DUMONT
    150 East 42nd Street
    New York, New York 10017-5639
    (212) 490-3000
    File No. 01209.02089

## CERTIFICATE OF SERVICE

     I hereby certify that on December 20, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

J. Hanson Guest, Esq.
151 New Park Ave.
Hartford, CT 06106

                                                                                     */s/ Jill E. Alward*
                                                                                     Jill E. Alward